1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-MJ-264 DLB |
|---|---|---|
| Plaintiff, | ) | ORDER UNSEALING COMPLAINT |
| v. | ) | |
| JAMAL JARON LEA, | ) | |
| Defendants. | ) | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed for use against the defendant who have been arrested,

IT IS HEREBY ORDERED, that the complaint previously filed with this Court under <u>seal</u> shall be unsealed.

IT IS SO ORDERED.

Dated:   **November 15, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1