```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860


Attorney for Defendant
JAMAL JARON LEA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-303 AWI |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS HEARING |
| vs. ) | FOR DEFENDANT |
| ) | |
| JAMAL JARON LEA, ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED by and between defendant JAMAL JARON LEA, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN ANNE SERVATIUS, hereby stipulate and request the following:

   1.  The presently scheduled status hearing date of June 30, 2008, at 9:00 a.m., in court room 2 before the HONORABLE ANTHONY W. ISHII shall be moved to July 14, 2008 at 9:00 a.m.

   2.  The defense has requested the continuance in order

1

to permit a complete review of the files with the defendant, which is needed to be completed before further scheduling of this case.

    3.  The parties further request that time be excluded to and through that date in order to allow the defense to adequately prepare for the hearing in this case, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. § 3161(h)(8).

DATED: June 11, 2008     /s/ ROBERT L. FORKNER
                              Attorney for Defendant
                              JAMAL JARON LEA

DATED: June 11, 2008     /s/ KATHLEEN ANNE SERVATIUS
                              Assistant US Attorney
                              KATHLEEN ANNE SERVATIUS

<u>ORDER</u>

   IT IS HEREBY ORDERED that the status hearing be continued to July 14, 2008, at 9:00 a.m., in court room 2 for the defendant JAMAL JARON LEA. That the time period between June 30 and July 14, 2008 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18

2

1 | U.S.C. § 3161(h)(8).
2 |     IT FURTHER APPEARING that the continuance would permit
3 | the defense to conduct necessary investigation and adequate
4 | preparation for the hearing in this case.
5 |
6 | IT IS SO ORDERED.
7 | **Dated:**   **June 13, 2008**                    **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE

3