# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00303-LJO |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST FOR RELEASE |
| v. | |
| JAMAL JARON LEA, | |
| Defendant. | |

On June 15, 2017, a detention order was signed detaining Defendant Jamal Jaron Lea. (ECF No. 46.)  On June 16, 2017, the Court heard Defendant's request for release.  Defendant appeared in custody with counsel Reed Grantham.  Kathy Servatius appeared for the government.  Molly McSorley appeared for probation.

Having considered the arguments and proffered evidence by counsel, the Court's detention order dated June 15, 2017, remains unchanged.  Therefore, Defendant's request for release is DENIED.  Defendant remains detained pursuant to the June 15, 2017 detention order for the reasons stated on the record on June 15, 2017, and June 16, 2017.

IT IS SO ORDERED.

Dated:   **June 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1