| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Counsel for Defendant
JAMAL JARON LEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. 1:07-cr-00303 LJO
                                    )
        *Plaintiff,*                 ) **STIPULATION TO CONTINUE**
                                    ) **DISPOSITION, ORDER THEREON**
    vs.                             )
                                    ) Date:  August 14, 2017
JAMAL JARON LEA,                    ) Time:  8:30 a.m.
                                    ) Judge: Hon. Lawrence J. O'Neill
                                    )
        *Defendant.*                 )
                                    )

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, JAMAL JARON LEA, that the date for disposition may be continued one week, to August 14 , 2017, at 8:30 a.m., or the soonest date thereafter convenient to the court. Disposition is currently scheduled for August 7, 2017.

Defense counsel has been out of the area since July 29, 2017 and will not return to the office until Friday, August 4. 2017. The USPO dispositional memorandum was just filed on July 31, 2017. This short continuance is requested to allow an opportunity for defense counsel to review the USPO memorandum with Mr. Lea prior to filing a sentencing memorandum on Mr. Lea's behalf.  Assistant U.S. Attorney Kathleen Servatius does not object to this request.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

PHILLIP A. TALBERT
United States Attorney

DATED: August 1, 2017          By:   /s/ *Kathleen A. Servatius*
                                     KATHLEEN A. SERVATIUS
                                     Assistant U. S. Attorneys
                                     Counsel for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 1, 2017          By:   */s/ Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     JAMAL JARON LEA

## O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 1, 2017**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE