HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMAL JARON LEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00303 LJO |
| Plaintiff, | ORDER FOR RELEASE FROM CUSTODY AND MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| JAMAL JARON LEA, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

This matter came before the court for hearing on August 14, 2017. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Jamal Jaron Lea shall be released from custody at the Fresno County Jail on the following conditions:

1. Mr. Lea shall be released from custody at the Fresno County Jail at 9:00 a.m., on Tuesday, August 15, 2017, for the purpose of obtaining an assessment to determine his eligibility for acceptance into the Modesto Gospel Mission residential substance abuse treatment program, located at 1400 Yosemite Boulevard, Modesto, California.

2. Mr. Lea shall be released to the third party custody of Vincent Lee and/or Shawn McElroy, of the Office of the Federal Defender, to be transported directly to the Modesto Gospel Mission.

3. Provided Mr. Lea is accepted into the Modesto Gospel Mission residential substance abuse treatment program, Mr. Lea shall remain at the Modesto Gospel Mission, where he shall reside and participate fully in their treatment program.

4. In the event Mr. Lea is not accepted into the Modesto Gospel Mission residential substance abuse treatment program, he shall remain in the third party custody of Vincent Lee and/or Shawn McElroy who shall transport him directly to the United States Marshals Office in Fresno, California, where Mr. Lea shall be returned to custody pending disposition of his previously admitted supervised release violation.

Provided Mr. Lea is accepted into the Modesto Gospel Mission residential substance abuse treatment program, IT IS FURTHER ORDERD THAT Mr. Lea's conditions of supervised release shall be amended to include the condition that:

> The defendant shall reside, participate, and successfully complete the Gospel Mission inpatient treatment program to obtain assistance for drug and/or alcohol abuse for a period of up to 12 months.

IT IS SO ORDERED.

Dated: **August 14, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE